**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE: )
)  **CASE NO: 19-02836-dd**
**Michelle Paris Monroy** )
)  **CHAPTER 7**
)
)
**DEBTOR.** )
)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the enclosed Chapter 7 Individual Debtor's Statement of Intention was duly served upon the parties named below. This was done either by depositing said papers in the United States Mail at Charleston, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated or electronically through CM/ECF.

**ELECTRONICALLY**
Michelle L. Vieira, Esquire
Chapter 7 Trustee
PO Box 70309
Myrtle Beach, SC 29572

**US MAIL**
Eagle Properties, LLC
5918 Sellers Road
Hanahan SC 29410

Hyundai Motor Finance
Attn: Bankruptcy
Po Box 20829
Fountain City CA 92728

Lendmark Financial Services
1735 North Brown Road
Suite 300
Lawrenceville GA 30043

OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville IN 47708

Regional Finance Corp of SC
8600 Dorchester Road Ste 203
North Charleston SC 29420

Wells Fargo Bank
Attn: Bankruptcy
Po Box 10438
Des Moines IA 50306

World Acceptance/Finance Corp
Attn: Bankruptcy
Po Box 6429
Greenville SC 29606

Progressive Leasing-NPRTO SE, LLC
256 W. Data Drive #100
Draper UT 84020-2315

/s/ Shawnda Engram
Shawnda Engram, Paralegal for
Robert R. Meredith, Jr., DC ID #6152
Elizabeth Heilig, DC ID #10704
Meredith Law Firm, LLC
Attorneys for Debtors
4000 Faber Place Drive, Ste 120
North Charleston, SC 29405
843-529-9000

    5/29/2019
Date